# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

ZACHARIAH W. BRYAN

DEBTOR(S),

Case No. 17-90381

Chapter 7

Judge Mary P. Gorman

___

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Nationstar Mortgage LLC (hereinafter "Movant"), by and through its attorneys, **CODILIS & ASSOCIATES, P.C.**, and moves this Honorable Court for an Order granting relief from the automatic stay of this proceeding and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334;

2. The Debtor is indebted to this Movant for which the movant claims a valid security interest in the property commonly known as 41 Country Club Estates, Sullivan, IL 61951;

3. This security interest arose from a Note and Mortgage, executed on 3/25/2015, in the amount of $146,686.00;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 4/7/17;

5. This Movant is entitled to relief from the automatic stay under 11 U.S.C. 362(d) for the following reasons:

   a. The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

    b.      As of 04/12/2017, the Debtor(s) is/are contractually due for the 09/01/2016 payment and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

    c.      As of 04/12/2017, the estimated default through and including 04/01/2017 is $8,604.13. Any payments received after this date may not be reflected in this default;

    d.      As of 04/12/2017, the estimated payoff amount is $149,264.17. The estimated fair market value of the property is $149,007.00, per Debtor's Schedules. That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

    e.      The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value: $149,007.00

Less Lien Payoff and Cost of Sale:
    Estimated Payoff: $149,264.17
    Payoff of Other Liens: $35,369.00
    Broker's Commission (6% of FMV): $8,940.42
    Other Closing Costs (estimated): $2,000.00

Net Proceeds of Sale: ($46,566.59)
(assuming no capital gains need to be paid)

6.      Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have not been included in the calculation of any default figures quoted herein including:

     $750.00      for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

     $181.00      for Court filing fee

7.      Pursuant to Debtor's filed Statement of Intention, the property known as 41 Country Club Estates, Sullivan, IL 61951 is to be surrendered;

8.     Attached are redacted copies of any documents that support the motion for relief, such as promissory notes, purcharse order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

9.     The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

**WHEREFORE,** NATIONSTAR MORTGAGE LLC its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) granting relief from the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated April 21, 2017.

Respectfully Submitted,

By: /s/ MaryAnn G. Kier

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
MaryAnn G. Kier #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (14-17-00156)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

IN RE:

ZACHARIAH W. BRYAN

DEBTOR(S),

Case No. 17-90381

Chapter 7

Judge Mary P. Gorman

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certify that I served a copy of the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on April 21, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 21, 2017.

- Roger L Prillaman, Interim Trustee, 220 West Main Street, Urbana, IL 61801 by electronic notice through ECF
- Zachariah W. Bryan, Debtor(s), PO Box 641, Sullivan, IL 61951
- Jeffrey Abbott, Attorney for Debtor(s), 201 West Olive St., Bloomington, IL 61701 by electronic notice through ECF
- Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

      /s/ MaryAnn G. Kier
      Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
MaryAnn G. Kier #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-17-00156)**

NOTE: This law firm is a debt collector.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

ZACHARIAH W. BRYAN | Chapter 7

DEBTOR(S), | Case No. 17-90381

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by NATIONSTAR MORTGAGE LLC on April 21, 2017:

1.  Note / Mortgage or relevant excerpts.

2.  Assignments, if applicable.

    /s/ MaryAnn G. Kier
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
MaryAnn G. Kier #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of all exhibits listed below, were transmitted via electronic filing and provided electronically by the Bankruptcy Court to the Trustee and Debtor's attorney on April 21, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 21, 2017.

Roger L Prillaman, Interim Trustee, 220 West Main Street, Urbana, IL 61801 by electronic notice through ECF
Zachariah W. Bryan, Debtor(s), PO Box 641, Sullivan, IL 61951
Jeffrey Abbott, Attorney for Debtor(s), 201 West Olive St., Bloomington, IL 61701 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

    /s/ MaryAnn G. Kier